NUMBER 13-03-390-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ALLISON M. HERNANDEZ,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
___________________________________________________________________

On appeal from the County Court at Law No. 3 
and Probate Court of Brazoria County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         An Alvin municipal court judge convicted appellant, Allison M. Hernandez, of
driving with an expired driver’s license. The court assessed punishment at a fine of
$180.00.
         Hernandez appealed to county court, and the appeal was assigned to Brazoria
County Court at Law No. 3. See Tex. Gov't Code Ann. § 30.00014(a) (Vernon 2004). 
The county court also found Hernandez guilty and assessed a fine of $50.00. 
Hernandez filed a timely notice of appeal.
         In an appeal to a court of appeals from a municipal court of record via a county
criminal court, the record and briefs from the county court constitute the record and
briefs in the court of appeals. See Tex. Gov't Code Ann. § 30.00027(b) (Vernon
2004). Accordingly, we withdraw our previous orders granting extensions of time and
providing for the filing of a brief, and we examine the record from the county court to
determine whether we have jurisdiction over the case.
         A court of appeals has jurisdiction when the fine imposed in the lower court
exceeds one hundred dollars, or, if the fine is one hundred dollars or less, the sole
issue is the constitutionality of the statute or ordinance on which the conviction was
based. See Preston v. State, Nos. 13-03-616-CR, 13-03-617-CR, 13-03-618-CR, 13-03-619-CR, 2004 Tex. App. LEXIS 7217, *3 (Tex. App.–Corpus Christi 2004, Boyd
v. State, 11 S.W.3d 324, 325 (Tex. App.–Houston [14th Dist.] 1999, no pet.); Tex.
Code Crim. Proc. Ann. art. 4.03 (Vernon Supp. 2004); TEX. GOV'T CODE ANN. §
30.00027(a) (Vernon 2004).
         We hold that we lack jurisdiction over this appeal because this matter does not
satisfy either jurisdictional requirement. Hernandez’s fine was less than one hundred
dollars and she did not file a brief in the county court challenging the constitutionality
of the statute requiring a valid driver’s license. 
         We dismiss the appeal for lack of jurisdiction.
 
                                                                        
                                                                                 PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 
filed this 30th day of September, 2004.